AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
)
v.
)
Radoslav P. Boev
)   Case No.  2:20-mj-28
230 West 55th Street, 27F, New York, NY 10019
)
*Defendant*
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Radoslav P. Boev                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841 and 846 - Conspiracy to manufacture, distribute, dispense, or possess with intent to manufacture, distribute, dispense, or possess a schedule I controlled substance, to wit:  gamma-Hydroxybutyric acid (GHB).

Date:  01/13/2020

_____
*Issuing officer's signature*

City and state:     Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/13/2020 , and the person was arrested on *(date)* 01/16/2020 at *(city and state)* New York, New York. |
| Date: 01/16/2020                    _____<br>*Arresting officer's signature*<br><br>Justin Myers, Special Agent<br>*Printed name and title* |