# UNITED STATES DISTRICT COURT

for the

Southern District of New York

500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS CRIMINAL DIVISION**
**JOSEPH P. KINNEARY U.S.**
**COURTHOUSE, ROOM # 121**
**85 MARCONI BOULEVARD**
**COLUMBUS, OH 43215**

DATE: JANUARY 16, 2020

RE: RADOLAV P. BUEV
DOCKET# 20 MAG 595

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

(XXX) 1. DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

( ) 2. DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT. BOND ENCLOSED.

( ) 3. PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

( 4. COMPLAINT DISMISSED BY YOUR DISTRICT.

**PLEASE, RETURN ACKNOWLEDGMENT**
**LETTER OF R 5 (C) (3) DOCUMENTS**
**RECEIVED**

YOURS TRULY,

RUBY J. KRAJICK
CLERK OF THE COURT

BY _DIONISIO FIGUEROA
DEPUTY CLERK

CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:20-mj-00595-UA-1
### Internal Use Only

Case title: USA v. Boev
Other court case number: 2:20-MJ-28 Southern District of Ohio

Date Filed: 01/16/2020
Date Terminated: 01/16/2020

Assigned to: Judge Unassigned

**Defendant (1)**

**Radoslav P. Boev**
*TERMINATED: 01/16/2020*

represented by **Julia L. Gatto**
Federal Defenders of New York Inc. (NYC)
52 Duane Street
10th Floor
New York, NY 10007
(212) 417-8750
Fax: (212) 571-0392
Email: julia_gatto@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**

**Disposition**

21:841A=CD.F , 21:846=CD.F
CONSPIRACY TO MANUFACTURE,
DISTRIBUTE, DISPENSE, OR
POSSESS WITH INTENT TO
MANUFACTURE, DISTRIBUTE,
DISPENSE, OR POSSESS A
SCHEDULE I CONTROLLED
SUBSTANCE, TO WIT GAMMA-
HYDROXYBUTYRIC ACID (GHB)

**Plaintiff**

USA      represented by **Thomas John Wright**
DOJ-USAO
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-2295
Email: thomas.wright2@usdoj.gov
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2020 | | Arrest (Rule 5(c)(3)) of Radoslav P. Boev. (dif) (Entered: 01/16/2020) |
| 01/16/2020 | 1 | RULE 5(c)(3) AFFIDAVIT of Christopher Popolow, a Group Supervisor with the Department of Homeland Security ("DHS"), from the United States District Court - Southern District of Ohio, as to Radoslav P. Boev. (Signed by Magistrate Judge Katharine H. Parker on 1/16/2020) (dif) (Entered: 01/16/2020) |
| 01/16/2020 | 2 | CJA 23 Financial Affidavit by Radoslav P. Boev. (Signed by Magistrate Judge Katharine H. Parker) (Federal Defender Julia Gatto Appointed) (dif) (Entered: 01/16/2020) |
| 01/16/2020 | | Attorney update in case as to Radoslav P. Boev. Attorney Julia L. Gatto for Radoslav P. Boev added.. (dif) (Entered: 01/16/2020) |
| 01/16/2020 | 3 | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: Initial Appearance in Rule 5(c)(3) Proceedings as to Radoslav P. Boev held on 1/16/2020., Deft Appears with Federal Defender Julia Gatto and AUSA Thomas Wright for the government. Detention; See Transcript; Identity Hearing Waived; Defendant To Be Removed; Control Date for Removal 1/27/2020; ( Preliminary Hearing 1/30/2020 (dif) (Entered: 01/16/2020) |

| 01/16/2020 | 4 | ORDER OF DETENTION PENDING TRIAL as to Radoslav P. Boev.. (Signed by Magistrate Judge Katharine H. Parker on 1/16/2020)(dif) (Entered: 01/16/2020) |
|---|---|---|
| 01/16/2020 | 5 | ORDER FOR MEDICAL TREATMENT as to Radoslav P. Boev.. (Signed by Magistrate Judge Katharine H. Parker on 1/16/2020)(dif) (Entered: 01/16/2020) |
| 01/16/2020 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Radoslav P. Boev. Defendant committed to the United States District Court - District of Southern District of Ohio.. (Signed by Judge Barrington D. Parker on 1/16/2020)(dif) (Entered: 01/16/2020) |
| 01/16/2020 | 🔒 | (Court only) ***Terminated defendant Radoslav P. Boev.. (dif) (Entered: 01/16/2020) |
| 01/16/2020 | 🔒 | (Court only) ***Case Terminated as to Radoslav P. Boev.. (dif) (Entered: 01/16/2020) |
| 01/16/2020 |  | RULE 5(c)(3) DOCUMENTS SENT as to Radoslav P. Boev from the U.S.D.C. Southern District of New York to the United States District Court - District of Southern District of Ohio. Sent original file along with documents numbered 1 to 6, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment. on 1/16/2020. (dif) (Entered: 01/16/2020) |

ORIGINAL

Approved: _____
THOMAS JOHN WRIGHT
Assistant United States Attorney

Before: THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York

20 MAG 00595

- - - - - - - - - - - - - - - - - x
                                  :    **FRCRP 5(c)(3) Affidavit**
                                  :
UNITED STATES OF AMERICA          :
                                  :
       - v. -                     :
                                  :
RADOSLAV P. BOEV,                 :
                                  :
                  Defendant.      :
                                  :
- - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

CHRISTOPHER POPOLOW, being duly sworn, deposes and says that he is a Group Supervisor with the Department of Homeland Security ("DHS"), and charges as follows:

On or about January 13, 2020, the United States District Court for the Southern District of Ohio issued a warrant for the arrest of a "Radoslav P. Boev" based on the filing of a complaint charging a "Radoslav P. Boev" with one count of conspiracy to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance, to wit, gamma-hydroxybutyric acid, in violation of Title 21, United States Code, Sections 841 and 846. A copy of the arrest warrant and the complaint are attached as Exhibit A and incorporated by reference here.

On or about January 16, 2020, I participated in the arrest of RADOSLAV P. BOEV, the defendant, in the Southern District of New York where he was held at the Manhattan Detention Complex in the custody of the New York City Department of Correction. I believe that RADOSLAV P. BOEV, the defendant, is the same person as the "Radoslav P. Boev" who is wanted by the United States District Court for the Southern District of Ohio.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1. I am a Group Supervisor with DHS, and I have been personally involved in determining whether RADOSLAV P. BOEV, the defendant, is the same person as the "Radoslav P. Boev" named in the arrest warrant issued from the United States District Court for the Southern District of Ohio on or about January 13, 2020. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement officers and other individuals, as well as my examination of reports and other records. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported in this affidavit, they are reported in substance and in part, except where otherwise indicated.

2. Based on my review of documents from proceedings in the United States District Court for the Southern District of Ohio, I know that, on or about January 13, 2020, the United States District Court for the Southern District of Ohio issued a warrant for the arrest of a "Radoslav P. Boev" (the "Arrest Warrant"). The Arrest Warrant was issued based on the filing of a complaint charging a "Radoslav P. Boev" with one count of conspiracy to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance, to wit, gamma-hydroxybutyric acid, in violation of Title 21, United States Code, Sections 841 and 846. The complaint was filed in the United States District Court for the Southern District of Ohio under docket number 20 MJ 28.

3. On or about January 16, 2020 (i.e., today), at approximately 11:45 AM, I arrested RADOSLAV P. BOEV, the defendant, inside the Manhattan Detention Complex, located in the Southern District of New York, where he had been held in the custody of the New York City Department of Correction pursuant to the Arrest Warrant following his arraignment on state charges on or about January 15, 2020 in the Criminal Court of the City of New York, County of New York. Following his arrest, BOEV confirmed for me that his name is "Radoslav Pavlov Boev."

4. Finally, I have received from other law enforcement agents a photograph of the "Radoslav P. Boev" sought in the Arrest Warrant. Based on my personal observation, the person depicted in this photograph is RADOSLAV P. BOEV, the defendant. Accordingly, I believe the "Radoslav P. Boev" sought in the Arrest Warrant is BOEV.

2

WHEREFORE, deponent respectfully requests that RADOSLAV P. BOEV, the defendant, be imprisoned or bailed, as the case may be.

_____
CHRISTOPHER POPOLOW
Group Supervisor
Department of Homeland Security

Sworn to before me this
16th day of January, 2020

_____
THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York

EXHIBIT A

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
Southern District of Ohio

| United States of America | ) |
| v. | ) |
| Radoslav P. Boev | ) Case No. 2:20-mj-28 |
| 230 West 55th Street, 27F, New York, NY 10019 | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Radoslav P. Boev ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841 and 846 - Conspiracy to manufacture, distribute, dispense, or possess with intent to manufacture, distribute, dispense, or possess a schedule I controlled substance, to wit: gamma-Hydroxybutyric acid (GHB).

Date: 01/13/2020

*Issuing officer's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Radoslav P. Boev<br>230 West 55th Street, 27F,<br>New York, NY 10019<br>*Defendant* | Case No. 2:20-mj-28 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __12/31/2019__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant violated __21__ U. S. C. § __841 and 846__, an offense described as follows:

21 U.S.C. §§ 841 and 846 - Conspiracy to manufacture, distribute, dispense, or possess with intent to manufacture, distribute, dispense, or possess a schedule I controlled substance, to wit: gamma-Hydroxybutyric acid (GHB).

This criminal complaint is based on these facts:

SEE AFFIDAVIT ATTACHED HERETO AND INCORPORATED BY REFERENCE HEREIN.

☑ Continued on the attached sheet.

*Complainant's signature*

Justin Myers, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/13/2020__

*Judge's signature*

City and state: __Columbus, Ohio__   Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Homeland Security Investigations (HSI) Columbus, Ohio Special Agent (SA) Justin Myers, being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of a criminal complaint to arrest Radoslav Pavlov BOEV for violations of 21 U.S.C. §§ 841 and 846 - conspiracy to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a schedule I controlled substance, to wit: gamma-Hydroxybutyric acid (GHB). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I did not include each and every fact known concerning this investigation. I did not withhold any information or evidence that would negate probable cause. I set forth only the facts that are believed to be necessary to establish probable cause that BOEV committed the violations listed above.

2. I have been employed by HSI since June 2004. I gained experience through a bachelor's degree in Criminology, a master's degree in Forensic Science, completion of the Federal Criminal Investigator Training Program, and completion of the HSI Academy. During that training, I was instructed in all phases of criminal investigation such as: criminal law, search and seizure, field enforcement techniques, firearms proficiency, and interviewing and evidence. I have also completed the HSI Cyber Undercover Training Course and the HSI Advanced Cryptocurrency and Darknet Training Course. I am responsible for enforcing federal criminal statutes involving, but not limited to, controlled substance violations, pursuant to 21 of the U.S.C. §§ 841 and 846. I conduct investigations involving narcotics trafficking/smuggling and distribution.

3. The information set forth in this affidavit is based upon seized evidence and my observations and experiences, as well as those of co-workers and counterparts from participating agencies.

### Facts Supporting Probable Cause

4. HSI Columbus, with assistance from the Drug Enforcement Administration (DEA) and the U.S. Postal Inspection Service (USPIS), conducted an investigation associated with the

1

online persona "CHILLTIMES" for the distribution of GHB via the Darknet site's Dream Market (150 transactions), Wall Street Market (89 transactions), and Empire Market (560 transactions). "CHILLTIMES" sells exclusively GHB in the following quantities: 50ml - $58.00, 100ml - $118.00, 150ml - $160.00, 200ml - $204.00, 250ml - $248.00, 500ml - $456.00, 750ml - $644.00, 1000ml - $816.00, 1500ml - $1,140.00 and 2000ml - $1,428.00. The total illicit proceeds gained by "CHILLTIMES" range between $46,342.00 and $1,140,972.00 depending on quantity of GHB sold per transaction.

5. "CHILLTIMES" was providing GHB to a customer in Columbus, who was using the Darknet online persona "STEVENICKS1." On October 04, 2019, HSI Columbus Special Agents and other investigators executed a federal search warrant on the residence associated with "STEVENICKS1" in Columbus. Investigators seized Bitcoin (cryptocurrency), U.S. currency, electronics, documents, a firearm and controlled substances, to include GHB and other controlled substances. Investigators were able to determine that the seized GHB was ordered through "CHILLTIMES" based on admissions from "STEVENICKS1."

6. From October 3-9, 2019, USPIS Inspector Mohamed Sabrah located three U.S. domestic mail parcels (tracking #'s 9114901496451178474632, 9114901496451178474663 and 1149014964511178474649) that were scheduled to be delivered to the residence of "STEVENICKS1" in Columbus. Inspector Sabrah obtained federal search warrants through the U.S. District Court, Southern District of Ohio, to search the contents of the suspect mail parcels. Each mail parcel contained approximately 407 grams of a liquid, for a total weight of approximately 1.22 kilograms. I used a Thermo Scientific TruNarc drug testing device to confirm that the liquid contained in each parcel was GHB. Forensic confirmation testing is pending.

7. Through U.S. Postal records, Inspector Sabrah was able to determine that the suspect mail parcels were all shipped from the Radio City New York, NY Post Office. Inspector Sabrah was then able to retrieve video footage from the camera system in the post office, which depicted the person who mailed the suspect parcels. They were mailed on October 1, 2019. Inspector

2

Sabrah observed the shipper mail several other parcels in addition to the three suspect parcels known to law enforcement that were scheduled to be delivered to "STEVENICKS1."

8. From December 12-31, 2019, I conducted three controlled drug buys from "CHILLTIMES" via Empire Market. I purchased a total of 400 milliliters of GHB during the three buys. The parcels were all shipped from the same post office as the parcels containing the GHB purchased by "STEVENICKS1." The tracking numbers associated with the mail parcels were 9114999944314744374431, 9114999944314744374738 and 9114999944314744375322). Again, Inspector Sabrah was able to obtain video footage of the person who shipped the suspect mail parcels. The person depicted in the video footage was the same person depicted in the previous videos. I submitted the contents of each of the parcels to the Ohio Bureau of Investigation Forensic Laboratory for testing. To date, they confirmed that the mail parcels received from the first two controlled buys contain GHB. Analysis of the contents from the mail parcel obtained during the third controlled buy is pending.

9. On September 13, 2018, U.S. Customs and Border Protection (CBP) inspected an inbound international parcel (tracking # 812658060356) at the FedEx hub in Memphis, Tennessee. The recipient was listed as Rod BOEV, 230 West 55th Street, 27F, New York, New York 10019. The parcel contained an unknown liquid. Laboratory testing identified the liquid as gamma-Butyrolactone (GBL), a List I Chemical. GBL is an analogue of GHB. CBP seized the contents of the parcel for violations of 21 U.S.C. Section 881(a)(1) and 960 - Precursor Chemicals. The total weight of GBL was 1.35 kilograms.

10. On October 27, 2018, CBP inspected an inbound international parcel (tracking # 812658840437) at the FedEx hub in Anchorage, Alaska. The recipient was listed as Rod BOEV / Inkreel LLC, 230 West 55th Street, 27F, New York, New York 10019. The parcel contained an unknown liquid. Testing using a Thermo Scientific Gemini identified the liquid as GBL. CBP seized the contents of the parcel for violations of 21 U.S.C. Section 881(a)(1) and 960. The total weight of GBL was 2.58 kilograms.

11. Using Department of Homeland Security databases, investigators were able to identify the subject depicted in the videos obtained by the USPIS. The subject suspected of using the online persona "CHILLTIMES" was fully identified as Radoslav Pavlov BOEV of 230 West 55th Street, 27F, New York, New York 10019. BOEV's address is located within approximately 0.8 miles of the Radio City New York Post Office.

12. On January 05, 2020, the New York Police Department (NYPD) executed a state-issued search warrant on BOEV's residence of 230 West 55th Street, 27F. The search warrant was in response to an incident that happened earlier that day at the residence. BOEV had spilled some of the chemicals he was using to create GHB on his foot. BOEV contacted medical personnel to respond to his residence. The medical personnel observed what they thought to be a drug laboratory in the apartment and contacted the NYPD. The NYPD seized the following items from BOEV's apartment: numerous computers, mobile phones and other electronic storage devices, numerous pieces of laboratory equipment used to mix and store chemicals, mail shipping envelopes, weight scales, precursor chemicals to make GHB, nine large containers of GHB and 169 smaller bottles of GHB that appeared to be ready for distribution.

13. NYPD investigators conducted a post Miranda recorded interview with BOEV. He stated the following:

BOEV has been using and selling GHB for approximately two years. BOEV uses profits from the GHB distribution to help pay his rent and pay down debt. He has paid off approximately $5,000.00 in debt to date. BOEV orders a lot of his supplies from Amazon. He sells the GHB to friends and their friends. Using the Darknet to sell GHB could be a possibility. It costs BOEV approximately $350.00 to make one liter of GHB. He can then sell one liter of GHB for approximately $1,000.00.

4

## Conclusion

14. Based upon the above information, I believe there is probable cause to believe Radoslav Pavlov BOEV conspired to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance in violation of Title 21 U.S.C. §§ 841 and 846. Therefore, I respectfully request that this Court issue an arrest warrant.

Justin Myers
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me this 13th day of January 2020.

Chelsey M. Vascura
United States Magistrate Judge
Southern District of Ohio

5

ORIGINAL

DOCKET No. 20MAG595       DEFENDANT Radoslav P. Boev

AUSA Thomas Wright        DEF.'S COUNSEL Julia Gatto
                          ☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ None         INTERPRETER NEEDED
                          ☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 01/16/2020    ☐ VOL. SURR.
                                                         TIME OF ARREST 10 a.m.        ☐ ON WRIT
☐ Other: _____                 TIME OF PRESENTMENT 6 p.m.

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE      ☑ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE SEP. ORDER
☐ DETENTION HEARING SCHEDULED FOR:                                              ☑ SEE TRANSCRIPT
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY:
☐ TRAVEL RESTRICTED TO SDNY/EDNY/
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

TIME: 50 MIN

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY           ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☑ IDENTITY HEARING WAIVED                     ☑ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED          ☑ CONTROL DATE FOR REMOVAL: 1-27-2020

PRELIMINARY HEARING DATE: 1-30-2020           ☑ ON DEFENDANT'S CONSENT

                                              Katharine H Parker
DATE: 01/16/2020
                                              UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RADOSLAV P. BOEV | ) | Case No. |
| | ) | |
| _____ | ) | Charging District's |
| Defendant | ) | Case No. 2:20-MJ-28 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  SOUTHERN  District of  OHIO

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____

The defendant:  ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 01/16/2020

*Judge's signature*

Magistrate Judge Katharine H. Parker
*Printed name and title*

CERTIFIED AS A TRUE COPY ON
THIS DATE 1/16/2020
BY ( ) Clerk ( ) Deputy