**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

**UNITED STATES OF AMERICA,**

      **PLAINTIFF,**　　　　　　　　　Case No. 2:20-mj-28
  -vs-　　　　　　　　　　　　　　　　**Magistrate Judge Elizabeth A. Preston Deavers**

**RADOSLAV P. BOEV**

      **DEFENDANT.**

_____

## NOTICE OF HEARING

TAKE NOTICE that a Preliminary Hearing is scheduled for **FEBRUARY 20, 2020** at **1:30 P.M.**. This hearing will be held before the **Honorable Elizabeth A. Preston Deavers**, United States Magistrate Judge, in **Courtroom No. 220, Second Floor**, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio, 43215.

Dated: February 10, 2020

　　　　　　　　　　　　　　　　　　　　*s/Sherry Nichols*
　　　　　　　　　　　　　　　　　　　　Sherry Nichols,
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy  (614) 719-3461
　　　　　　　　　　　　　　　　　　　　 sherry_nichols@ohsd.uscourts.gov