IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 2:20-CR-30 |
| Plaintiff, | : | |
| vs. | : | JUDGE Graham |
| | : | |
| RADOSLAV P. BOEV, | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(C) |
| Defendant. | : | 21 U.S.C. § 846 |
| | : | |
| | : | **I N D I C T M E N T** |

THE GRAND JURY CHARGES:

COUNT ONE:
Conspiracy to Possession with Intent to Gamma-Hydroxybutyric acid (GHB)

Between on or about January 1, 2018, through and including January 5, 2020, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the defendant, **RADOSLAV P. BOEV**, did knowingly, intentionally, and unlawfully conspire and confederate with others, both known and unknown to the Grand Jury, to possess, with intent to distribute, a mixture or substance containing a detectable amount of Gamma-Hydroxybutyric acid (GHB), a Schedule I [MJH] controlled substance, in violation of 21 U.S.C. §841(a)(1) and 21 U.S.C. §841(b)(1)(C).

In violation of 21 U.S.C. § 846.

A TRUE BILL.

s/Foreperson
FOREPERSON

DAVID M. DEVILLERS
United States Attorney

MICHAEL J. HUNTER
Assistant United States Attorney

1