```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

United States of America

      vs.                                                                2:20-cr-30

Radoslav P. Boev

## **O R D E R**

The Court hereby establishes the following schedule which will govern the course of this case from arraignment to trial.

### I. **TRIAL DATE**

This case is set for trial on April 6, 2020, at 9:00 a.m.

### II. **DISCOVERY AND INSPECTION**

The attorney for the defendant is directed to forthwith contact the Assistant U. S. Attorney in charge of the prosecution of this case, if prior contact has not been made, and arrange a meeting for the purpose of resolving all requests for discovery provided for under the Federal Rules of Criminal Procedure, including Rule 16. Upon request for discovery by the attorney for the defendant, pursuant to Fed. R. Crim. P. 16, the government shall make the required disclosure of evidence discoverable under the terms and conditions of Rule 16(a). The government shall then file a response to defendant's request for discovery within one week of the filing of the defendant's request.

The discovery meeting, shall be held as promptly as possible and prior to February 28, 2020. If at any time during the course

of these proceedings after the initial request any party fails to comply with Rule 16 such failure shall be brought to the attention of the Court by a specific motion to compel discovery. Motions to compel shall be filed one week from the date of a party's denial of the initial request.

### III. MOTIONS

All motions of any kind, by the defendant or by the government, shall be filed on or before March 20, 2020. All briefs opposing said motions shall be filed on or before March 30, 2020. Reply briefs will not be filed. Upon the filing of any motion, the movant shall state therein whether an evidentiary hearing is required and the reasons therefor. If the Court agrees, a hearing will be set forthwith.

### IV. PLEA NEGOTIATIONS AND PLEA AGREEMENT

Plea agreement discussions between the Assistant U. S. Attorney and the attorney for the defendant, pursuant to Fed. R. Crim. P. 11(c) shall be commenced as soon as practicable. If a plea agreement is reached, notice thereof shall be given to the Court forthwith and a change of plea will be scheduled. Counsel are instructed to comply with the District Order 81-5 dealing with pleas of guilty offered pursuant to a plea agreement, and pleas of guilty offered in the absence of a plea agreement.

### V. MOTION FOR CONTINUANCE

Any motion for a change of the trial date shall be in writing and shall be made at least ten days prior to the scheduled trial date and set forth those factors listed in Title 18, U.S.C. Section 3161(h)(7)(B) which the movant contends support the motion.

>	s/James L. Graham
>	James L. Graham
>	United States District Judge

Date: February 19, 2020