**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

United States of America

    -vs-                                           Case No.  2:20-cr-30

Radoslav P. Boev

_____

## NOTICE OF HEARING

TAKE NOTICE that a **Arraignment on Indictment** is scheduled for **February 26, 2020** at **1:15 PM.** This hearing will be held before the **Honorable Norah McCann King**, United States Magistrate Judge in **Courtroom No. 183, First Floor**, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio.

Dated February 20, 2020

                                         Norah McCann King
                                         UNITED STATES MAGISTRATE JUDGE

                                         */s/ Spencer Harris*
                                         By: Spencer Harris, Courtroom Deputy
                                       614.719.3027
                                       spencer_harris@ohsd.uscourts.gov