# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  2:20-CR-30 |
| vs. | : | JUDGE GRAHAM |
| RADOSLAV P. BOEV, | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

COMES NOW, Soumyajit Dutta, Assistant Federal Public Defender, and hereby enters his appearance as co-counsel on behalf of Radoslav P. Boev, Defendant in the above-captioned matter.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER


  /s/   Soumyajit Dutta
Soumyajit Dutta (76762)
Assistant Federal Public Defender
Federal Public Defender's Office
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
(614) 469-2999
soumyajit_dutta@fd.org

Co-Counsel for Defendant
Radoslav P. Boev

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was electronically served upon Michael Hunter, Assistant United States Attorney, Office of the United States Attorney, 303 Marconi Blvd., Suite 200, Columbus, Ohio 43215 this day of filing.

    /s/ Soumyajit Dutta
Soumyajit Dutta (76762)
Assistant Federal Public Defender