IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                          Case No. 2:20-cr-30

Radoslav P. Boev

## ORDER

The trial in the above case is currently scheduled on April 6, 2020.  Pursuant to General Order No. 20-02, filed on March 12, 2020, which addresses the Coronavirus Disease 2019 outbreak (see attached), all criminal jury trials and any associated deadlines have been extended pursuant to 18 U.S.C. §3161(h)(7)(A) (in the ends of justice) for a period of thirty days.  Accordingly, counsel are advised that the trial of this case is continued to May 6, 2020, at 9:00 a.m.

Date: March 13, 2020                      s/James L. Graham
                                          James L. Graham
                                          United States District Judge