# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

**In Re:**

| | |
|---|---|
| **COURT OPERATIONS UNDER THE** : | |
| **EXIGENT CIRCUMSTANCES** : | **GENERAL ORDER NO. 20-02** |
| **CREATED BY COVID-19** : | |

This Court issues this General Order in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in the Southern District of Ohio. There are multiple confirmed cases of COVID-19, in response to which the Governor of the State of Ohio, Michael DeWine, has declared a state of emergency[1] which, among other things, limits large indoor gatherings. The Governor's Declaration follows the Centers for Disease Control and Prevention ("CDC") "Interim Guidance," recommending that all employers consider how best to decrease the spread of COVID-19, including the review of guidance from state and local health officials.[2]

Given the outbreak of cases of COVID-19 in this District and the severity of risk posed to the public, and given the CDC mandate and the Governor's declaration, it is hereby **ORDERED** that, effective Thursday, March 12, 2020:

(1) All civil and criminal matters scheduled for jury trial before any district or magistrate judge in the Southern District of Ohio, including any associated deadlines, are **CONTINUED** for **Thirty (30) Days**, pending further Order of the Court;

(2) All grand jury proceedings in this District are **CONTINUED** except those that are 30-day cases or are necessary to protect the safety of the community, pending further

---

[1] Executive Order 2020-OID.
[2] *Interim Guidance for Businesses and Employers to Plan and Respond to Coronavirus Disease 2019 (COVID-19), February 2020,* https://www.cdc.gov/coronavirus2019-ncov/specific-groups/guidance-business-response.html (last updated February 26, 2020).

Order of the Court;

(3) With regard to criminal matters, due to the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of the above public health recommendations on the availability of counsel and Court staff to be present in the courtroom, the time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A);

(4) Case-by-case exceptions to the continuances provided herein may be ordered at the discretion of the Court after consultation with counsel;

(5) This **ORDER** does not affect the Court's consideration of civil or criminal motions that can be resolved without oral argument.

All Courthouses shall remain open. Staff in the Clerk's Office will be available by telephone, mail will be received, and intake desks remain open for filings. Electronic filing may still be made through the CM/ECF system. The public is encouraged to continue utilizing Court services while following all applicable public health guidelines.

The Court will vacate or amend this General Order no later than **APRIL 13, 2020.**

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: March 12, 2020**