```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                Case No. 2:20-cr-30

Radoslav Boev

## ORDER

The trial in the above case is currently scheduled on May 6, 2020. Pursuant to General Order No. 20-08, filed on April 3, 2020, which addresses the Coronavirus Disease 2019 outbreak (see attached), all criminal jury trials currently scheduled between the date of the order and June 1, 2020, have been extended pursuant to 18 U.S.C. §3161(h)(7)(A) (a continuance in the ends of justice) for a period of sixty days. Accordingly, counsel are advised that the trial of this case is continued to July 6, 2020, at 9:00 a.m. All associated deadlines are extended accordingly.

Date: April 13, 2020                      s/James L. Graham
                                              James L. Graham
                                              United States District Judge