```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

United States of America

    v.                                    Case No. 2:20-cr-30

Redoslav Boev

<u>ORDER</u>

    Defendant has filed a motion for reconsideration of the denial of his emergency release due to the COVID-19 pandemic. The government is directed to file a response to the motion by June 3, 2020.

Date: May 26, 2020                    <u>s/James L. Graham</u>
                                          James L. Graham
                                          United States District Judge