IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                          Case No. 2:20-cr-30

Radoslav Boev

## ORDER

The defendant has moved for a continuance of the trial, which is currently scheduled on July 6, 2020, and for an extension of the motions deadlines. Counsel states that he needs additional time to meet with the defendant to discuss discovery materials, to investigate the case, to interview witnesses, and to prepare for trial.

The court finds pursuant to 18 U.S.C. §3161(h)(7) that a continuance is warranted in the interests of justice and that the need for a continuance outweighs the best interests of the defendant and the public in a speedy trial. Counsel requires additional time to consult with the defendant, conduct investigations, and prepare for trial despite the exercise of due diligence. The motion (Doc. 26) is granted. The trial of this case is continued to September 22, 2020, at 9:00 a.m. Motions are due by August 21, 2020. Responses to motions are due by August 31, 2020.

Date: June 11, 2020                      s/James L. Graham
                                               James L. Graham
                                               United States District Judge