# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:20-CR-30 |
| vs. | : | JUDGE GRAHAM |
| RADOSLAV BOEV, | : | |
| Defendant. | : | |

## UNCONTESTED MOTION TO CONTINUE TRIAL AND DEADLINES

Now comes the defendant, Radoslav Boev, through counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and moves this Court to continue trial currently scheduled for September 22, 2020, for a period of at least 60 days. Additionally, the defendant moves to extend all other dates and deadlines listed in the scheduling Order, for a period of at least 60 days. The parties are exploring resolution by way of a plea agreement and need additional time for discussions. Undersigned counsel submits that the requested extension would serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. §3161(h)(7)(A). AUSA Mike Hunter has been notified of this request and has no objection.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER

  /s/  George Chaney
George Chaney  (LA 22215)
Assistant Federal Public Defender
Federal Public Defender's Office
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
(614) 469-2999
George_Chaney@fd.org
RADOSLAV BOEV

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                    /s/   George Chaney  
                                              George Chaney