```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

    v.                                     Case No. 2:20-cr-30

Radoslav Boev

### ORDER

The defendant has moved for a continuance of the trial, which is currently scheduled on September 22, 2020, and for an extension of the motions deadlines.  Counsel states that he needs additional time to engage in plea negotiations.  Counsel indicates that the government has no objection to the requested continuance.

The court finds pursuant to 18 U.S.C. §3161(h)(7) that a continuance is warranted in the interests of justice and that the need for a continuance outweighs the best interests of the defendant and the public in a speedy trial.  Counsel require additional time to engage in plea negotiations despite the exercise of due diligence.  The motion (Doc. 28) is granted.  The trial of this case is continued to December 7, 2020, at 9:00 a.m.  Motions are due by October 16, 2020.  Responses to motions are due by October 30, 2020.

Date: September 21, 2020            s/James L. Graham  
                                         James L. Graham  
                                         United States District Judge