IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                              Case No. 2:20-cr-30

Radoslav Boev

## ORDER

The defendant has moved for a continuance of the trial, which is currently scheduled on December 7, 2020. and for an extension of the motions deadlines.  Counsel states that he requires additional time to discuss the proposed plea agreement with the defendant, which will require a trip to the Butler County Jail.  Counsel indicates that the government has no objection to the requested continuance.

The court finds pursuant to 18 U.S.C. §3161(h)(7) that a continuance is warranted in the interests of justice and that the need for a continuance outweighs the best interests of the defendant and the public in a speedy trial.  Counsel requires additional time to engage in plea negotiations despite the exercise of due diligence.  The motion (Doc. 30) is granted.  The trial of this case is continued to March 15, 2021, at 9:00 a.m.  Motions are due by January 29, 2021.  Responses to motions are due by February 12, 2021.

Date: November 30, 2020                    s/James L. Graham
                                              James L. Graham
                                              United States District Judge