**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

United States of America

    -vs-                       Case No.  2:20-cr-30

Radoslav P. Boev

_____

**NOTICE OF HEARING**

TAKE NOTICE that a **Change of Plea Hearing** is scheduled for **March 17, 2021** at **3:00 PM**. This hearing will be held before the **Honorable Norah McCann King**, United States Magistrate Judge in **Courtroom No. 4, First Floor**, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio.

Dated March 11, 2021

                                    Norah McCann King
                                    UNITED STATES MAGISTRATE JUDGE

                                    */s/ Spencer Harris*
                                    By: Spencer Harris, Courtroom Deputy
                                    614.719.3027
                                    spencer_harris@ohsd.uscourts.gov