THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE UNITED STATES OF AMERICA

v.   2:20-cr-30
JUDGE GRAHAM

Radoslav P. Boev

## WAIVER OF RIGHTS RELATING TO ENTRY OF NOT GUITLY/GUILTY PLEA HEARING CONDUCTED BY VIDEO/TELEPHONIC CONFERENCE

The defendant understands that, under Rules 10 and 11 of the Federal Rules of Criminal Procedure, he/she has the right to be personally present at the hearing at which the defendant enters a not guilty or guilty plea. Defendant also understands that, ordinarily, defendant has the right to have his/her attorney physically present with the defendant during that hearing and that, if he/she requires the assistance of an interpreter, the interpreter would also be physically present with the defendant during that hearing. However, in light of the coronavirus pandemic, and after having consulted with counsel, defendant voluntarily **WAIVES** those rights and **CONSENTS** to proceed with the not guilty/guilty plea hearing by video/telephonic conference.

I have read, or had read to me, the foregoing waiver and consent and fully understand it.

_____
Defendant

Date: 3/17/2021

/s/ George Chaney (LA 22215)
Attorney for Defendant#