# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                              Case No. 2-20-cr-30

**Radoslav P. Boev**

## CHANGE OF PLEA COURTROOM   MINUTES

| JUDGE: | Norah McCann King | DATE AND TIME: | 3/17/21 @ 3:00 PM |
|---|---|---|---|
| DEPUTY CLERK: | Spencer D. Harris | COUNSEL FOR GOVT: | M Hunter |
| COURT SMART | L DuFour | COUNSEL FOR DEFT(S). | G Chaney |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | |

Dft appeared with Counsel and consented to plead before a US Magistrate Judge; Dft changes his plea from not guilty to "**GUILTY**" to the pending charges; Judge to issue a RR and a PSI is to be ordered. Dft to remain in custody pending sentencing.

Court adjourn.