**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

    **vs.**                                                 **2:20-cr-030**
                                                        **JUDGE JAMES L. GRAHAM**

**RADOSLAV P. BOEV**

### ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

Pursuant to the CARES Act, H.R.748 § 15002 *et seq*, and in accordance with this Court's General Orders, this Court finds that the Defendant, after consultation with counsel, has consented to the use of video/teleconferencing to conduct the change of plea hearing held on March 17, 2021.

Accordingly, the change of plea hearing held on March 17, 2021, may be conducted by:

    _X_   video teleconference

    ____ teleconference, because videoconferencing is not reasonably available for the following reasons:

        ____ that the defendant is detained at a facility that is lacking video teleconferencing capability.

        ____ other.

                                               *s/ Norah McCann King*
                                               **Norah McCann King**
                                               **United States Magistrate Judge**

**DATED: March 17, 2021**