Judge James Graham

Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

Re: U. S. v. Radoslav Boev

I am Boyka Boeva, mother of Radoslav Boev. I understand you are the presiding judge in my son's case. And I want to ask for your consideration, your leniency in the sentencing of my son.

I understand that crimes must be punished and everybody need to take responsibilities for their actions. I know that my son has taken responsibility for his actions in this case. He recognizes that he was wrong and is remorseful.  Since you will make the final decision regarding sentencing in my son's case, I ask on his behalf and as a mother for leniency.  I hope you will give my son a second chance and the opportunity to redeem himself.  As I grow older, I need very much the help and assistance he can provide to me.

In the 30 years since we emigrated to the USA it has been a very difficult life to try to keep our family together. My oldest son struggled to make the transition from our home country. Rodoslav was much younger and did better adapting to the new culture.  We spent significant sums of money, paying immigration lawyers for the chance to remain here and together. I worked hard trying to learn a new language, new professions and work skills, to improve my life circumstances for my sons. In order to take better care of them, to support them.  The challenges were too much for my husband, after we got our green cards he abandoned us. We have been divorced for about 12 years and I have been left to care for my eldest son, who cannot take care of himself.

I am now 69 years old and I retired a few years ago.  I still have to support Radoslav's brother with my very limited resources. I have reached the time in my life when I need somebody to  help take care of me, of my health, my finances. I have several health problems including, COPD, chronic depression.  I've also dealt with anxiety for many years, osteoarthritis and so on. It is a very difficult situation to deal with alone. Trying to keep my family together without Radoslav's help will be very difficult, if not impossible to do. I can't afford to hire any immigration or any other lawyers for my son.  The possibility that we will be separated is scaring me so very much.

Judge Graham, I would like to ask you to consider all that in deciding what is an appropriate sentence in my son's case. Please find the humanity and compassion to treat us with mercy. Please treat my son with leniency so we will be back together again.

Thank you for your time and your consideration!

With respect:

Boyka Boeva
4008 50th Ave Sunnyside
NYC, NY11104