THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America                    2:20-cr-030-1
                                            Judge Graham

                    vs.

Radoslav P. Boev

## NOTICE OF HEARING

This case has been scheduled for **SENTENCING HEARING** on **Friday, July 23, 2021 at**

**1:30 p.m.** before The Honorable James L. Graham, in Courtroom #148, at 85 Marconi Blvd.,

1st Floor, Columbus, Ohio.

June 3, 2021

*The following schedule is established:*
*(1) Any sentencing memorandum must be filed no later than seven days prior to sentencing.  The memorandum*
*shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing*
*range.*
*(2) A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.*
*(3) Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.*

                    JAMES L. GRAHAM
                    US DISTRICT JUDGE
                    **s/Denise M. Shane**
                    **Courtroom Deputy Clerk**
                    **614-719-3205**
                    **Denise_Shane@ohsd.uscourts.gov**