Alex Dallas
1654 82nd Street
Brooklyn, NY 11214

February 27, 2021

**The Honorable James Graham**
United States Federal District Judge
Southern District of Ohio
C/o George Chaney, Jr. AFPD
10 W. Broad St., Ste. 1020
Columbus, OH 43215

Re: **US v. Radoslav Boev**
Docket No. 2:20-cr-00030-JLG

Dear Judge Graham,

Your Honor, as absurd as this may sound, allowing me to write this letter is Rod's gift to me instead of the other way around. My dear friend, Rod Boev, has never been one to ask for favors or help. He is usually the one using his time or resources to help his friends, as he has done countless times for me over the years. Not only does he NOT expect anything in return, but the people who know him best understand (with occasional frustration), that to even suggest there is some kind of indebtedness would be insulting. The only unspoken reciprocity that is required is to continue being good to each other and to all our friends and loved ones. And so, having this opportunity to shed some light on Rod's unique character and generous nature is a privilege.

This September will mark the 20th year that Rod and I have known each other. First as freshmen classmates at Stony Brook University, then as fraternity brothers, and finally, as the rare kind of friends where there is a welcomed expectation of lifelong support, inspiration and adventure. Rod is no doubt brilliant and capable, as anyone who gets to know him will attest to. Initially, a person might describe Rod as boorish because of his uncompromising bluntness. Once you get to know him, you will understand that it comes from an incredible insightfulness into human nature. His sometimes-brutal honesty to those around him, compels us to be honest with ourselves. Like a mirror being held up in front of you, there is a great opportunity for growth if you are brave enough to look. It is one of the reasons that I have been most thankful to call Rod a friend all these years.

Perhaps then, it is a great irony that he was unable to hold that mirror up to himself in recent years. His reluctance to let those around him know his suffering or seek support from those who would have been glad to give it, must have made it difficult to see the forest from the trees. I feel guilt for the distance I let come between us during this time and of the guidance I could have offered if I were more patient. While Rod and I have much in common, we have just

as many differences. I come from a very large, close-knit family and it has forged a core of who I am. I am grateful to have the seemingly unconditional love of so many people around me and I know for a fact that it has instilled confidence and direction in the most positive of ways. I have always wished that for Rod. While he rarely spoke of family, I have had the privilege to know his mother over the years. A shy, loving woman who resonated strongly with my understanding of my own immigrant parents who wanted nothing more than to provide a better life for their children than they had themselves.

I have always wanted to – no, needed to believe in the proverbial dawn after dark and so I am constantly looking for events to confirm that. I truly believe that this legal matter in which Rod currently finds himself in, is one such circumstance. During his incarceration we have spoken frequently, daily as of late, and the change I sense in him feels new and old. Old because he reminds me of the voracious reader who wanted to learn anything and everything in college. It brings me joy every time we find a new book that I can send him. Old because he is the same person who when I sought to make my own path through entrepreneurship, he was there to lift me up again and again during the crushing pressure of failure and to celebrate with me when I eventually found success. The most exciting changes are the new. I have not, until very recently, _ever_ heard Rod speak of purpose, of finding happiness, of family. He has felt the full brunt of love from his mother, and I can easily see that it has lit something within him. Where we previously talked of finding happiness and purpose, there was always a resignation of "this is probably as good as it gets". Now there is talk of opportunity and ideas and change. Rod is a teacher and visionary by nature, and I am eager to see and be a part of the positive change he brings to this world as he continues his journey if given the opportunity.

Above all else, Rod is remorseful, but hopeful. I have no doubt that this situation has invigorated him to doing what he has been doing all his life, help people in a way only he knows how and inspire others around him. He will always have the support, gratitude, and love of those who are close to him. I believe that a person's character is more than the sum of his actions at a particular moment in time. I am writing this in hopes that I can shed some light on what kind of man Rod Boev truly is. Thank you greatly for taking the time to read my account.

Sincerely,


Alex Dallas

P.S. – If Rod were to be released, he would have welcome employment at my company, Liberty Pest Control, immediately. I have spoken to my partners at length about Rod's talents over the years and we have no doubt he would be a great asset to not only our company but the community in which we serve. I can supply any further information about this opportunity that you would like to see, as well as a formal company offer if necessary.