UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

vs.   Case #2:20-cr-030-1

Radoslav P. Boev

| **United States District Judge James L. Graham** | Date: 07/23/2021     Time: 1:37pm - 2:26pm |
|---|---|
| Denise Shane, Deputy Clerk | Counsel for the government: Michael J. Hunter, AUSA<br>Counsel for the defendant: George Chaney, Esq. |
| Court Reporter:<br>Allison Kimmel | Probation Officer: Schal Boucher |
| Law Clerk: Karen Martin | |
| Interpreter: | |

Sentencing

21 months
3 years SR
$100 SPA
*substance abuse
*mental health