PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
**0648 2:20CR00030 (1)**

DOCKET NUMBER *(Rec. Court)*
**CR-22-211 (ENV)**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Radoslav P. Boev** | Ohio Southern | Columbus |

NAME OF SENTENCING JUDGE
**James L. Graham, United States District Judge**

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 7/23/2021 | 7/22/2024 |

OFFENSE
Conspiracy to Possess With Intent to Distribute Gamma-Hydroxybutyric Acid

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern** DISTRICT OF **Ohio**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 27, 2022
*Date*

s/ James L. Graham
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern** DISTRICT OF **New York**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/11/2022
*Effective Date*

/s/Eric N. Vitaliano
*United States District Judge*



May 5, 2022

**MEMORANDUM**
**TO MARC BROWN**
**Administrative Supervisor**
**U.S. Clerk's Office**
**Eastern District of New York**

RE: BOEV, Radoslav
Docket Number: 2:20-cr-030-1
<u>Request for Judicial Assignment</u>

Reference is made to the above individual originally sentenced by The Honorable James L. Graham, Senior U.S. District Judge in the Southern District of Ohio on July 23, 2021, after being convicted of Conspiracy to Possess with Intent to Distribute Gamma-Hydroxybutyric Acid, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 and 18 U.S.C. § 3553(f), a Class C felony. Mr. Boev was sentenced to twenty-one (21) months' custody followed by three (3) years' supervised release with $100 special assessment fee. The following special conditions were imposed: 1) Substance abuse counseling; and 2) Mental health assessment and/or counseling.

Mr. Boev initially commenced his term of supervised release on July 23, 2021, and was supervised by the Eastern District of New York (EDNY) based on his residence within our district. He resides with his mother and brother in Queens, New York. On April 27, 2022, Senior U.S. District Judge James L. Graham signed an order to transfer jurisdiction to the EDNY.

Based on the above, we respectfully request that this case be docketed and assigned to an EDNY District Judge. Attached, please find two copies of Probation Form 22, Transfer of Jurisdiction, signed by U.S. Senior District Judge James L. Graham

RESPECTFULLY SUBMITTED:
ROBERT L. CAPERS
CHIEF U.S. PROBATION OFFICER

Prepared by _____  Approved by _____
2022.05.05 17:15:22 -04'00'
Tiffany Duque                    Lori Jones
Probation Officer                Supervisory U.S Probation Officer

Page 1 of 1